STATE OF NORTH CAROLINA v. HOMER MACK GUFFEY

No. 7229SC602

(Filed 22 November 1972)

APPEAL by defendant from *Falls, Judge,* 10 May 1972 Session of Superior Court held in RUTHERFORD County.

*Attorney General Robert Morgan and Associate Attorney E. Thomas Maddox, Jr., for the State.*

*James H. Burwell, Jr., for defendant appellant.*

HEDRICK, Judge.

The record affirmatively shows that the defendant, represented by counsel, freely, understandingly and voluntarily pleaded guilty to a warrant, proper in form, which charged him with violating G.S. 20-28 (a) by operating a motor vehicle while his driver's license was indefinitely suspended.

The judgment imposing a prison sentence of eighteen months is within the limits prescribed for a violation of the statute.

In the defendant's trial in the Superior Court we find

No error.

Judges VAUGHN and GRAHAM concur.